UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| RAYCO TRAYLOR, | Civil No. 22-2788 (JRT/JFD) |
| Plaintiff, | |
| v. | **ORDER** |
| HENNEPIN COUNTY SHERIFFS OFFICE, et al., | |
| Defendants. | |

---

Rayco Traylor, 401 4th Avenue South, Suite 100, Minneapolis, MN 55415, *pro se* plaintiff.

The Report and Recommendation in this case issued on March 14, 2023 (ECF No. 16). No party has filed objections to the Report and Recommendation. Accordingly, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (Dkt. No. 16) is **ADOPTED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: March 31, 2023
at Minneapolis, Minnesota.

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge